GARCIA INV.
**DCN 67.01**



Exhibit A

GARCIA INV.
DCN 67.02



GARCIA INV.
DCN 67.03



3

PeDro ViLLegAS

DoB  09-18-58

GARCIA INV.
DCN 67.04



④

GARCIA INV.
**DCN 67.05**



~~Fern~~ Fernando
Botello
DOB 8/13/77

DCN 83

GARCIA INV.
**DCN 67.06**



6

GARCIA INV.
**DCN 67.07**





GARCIA INV.
**DCN 67.08**





Jose J. Garcia

Q.8-11-8 q°C1

18

UOC1

GARCIA INV.
DCN 67.09



GARCIA INV.
**DCN 67.10**





GARCIA INV.
DCN 67.11





ELIAS J. Botello

DOB: 5/14/76

Dcn 45

GARCIA INV.
**DCN 67.12**



12

GARCIA INV.
DCN 67.13



(13)

GARCIA INV.
## DCN 67.14



14

GARCIA INV.
DCN 67.15





Maria J. Garcia

DSS 6/17/60

DSS 6/17/60

Dcn

45

2/3/02



GARCIA INV.
DCN 67.16

16

LeonarDo  SanJuan
A 28 412 296
DoB:  11/6/66

GARCIA INV.
DCN 67.17



SYLVIA MUÑOZ RUBIO
DOB: 02-21-1952



GARCIA INV.
DCN 67.18

18

FIDel SoSA - Chavez

A 71 973 974

DOB 8/21/67

3/7/02

GARCIA INV.
**DCN 67.19**



19

Fins     334 370(
    EID     635 2539

GARCIA INV.
DCN 67.20



20

Fins   146 7685

EID    259 6445

GARCIA INV.
**DCN 67.21**



21

Fins    308 2027

EID     60609 39



GARCIA INV.
DCN 67.22



22

Fins   2769665
EID 554 7329

10/4/6

GARCIA INV.
DCN 67.23



23

Fins  502 1582
BD  10031433

GARCIA INV.
**DCN 67.24**



24

FINS  304-9981
EID  601 2686

20142

GARCIA INV.
DCN 67.25



25

FINS  2897091
EID  5738775

20/4/2

GARCIA INV.
DCN 67.26



I₁

26

4-11-02

Angie Lee Skoubis
11/6/62

GARCIA INV.
DCN 67.27



27

6-18-02

Jose I Garcia
3-15-57

GARCIA INV.
DCN 67.28



Marin

GARCIA INV.
DCN 67.29

