**U.S. Department of Justice**
**Immigration and Naturalization Service**

**MEMORANDUM OF INVESTIGATION**

| **File Number** Buff 01-31 | **Title:** Operation Fancher | **Control Office** BUF |
|---|---|---|
| | | |

On December 5, 2001, the writer, AUSA Wylegala, DOJ Attorney Allison Jernow, and Jeanette Torres interviewed Miguel Perez in the presence of his attorney Dan Werner.

Perez reiterated many of the details provided during the first meeting on August 21, 2001. Perez was able to provide the following additional details during the course of this interview.

Perez stated that during the trip from Arizona to New York, Elias Botello stopped in Columbus, Ohio and had money wired to him. Perez stated that the driving was shared by Elias and Rogelio. Perez was able to identify Rogelio from the surveillance photos taken on August 30, 2001 (photo #16).

Perez stated that he was instructed by Maria to have his photo taken and that the photo would be used for Mica. Perez stated that Maria informed him that J.J. bought a machine to make micas. Perez stated that Elias told him to sing his name on a piece of paper so that they could keep track of hours worked. Perez stated that Elias informed him that he could not write.

Picked out name found on pay stub (DCN 1042).

Perez was able to identify Maria Garcia's trailer from photos taken during the November 6, 2001 search (#20, #11, #10, #8, #2). Perez identified photo #42 as J.J.'s trailer.

Perez was able to identify the following individuals from the photo book: #7 as possible worker, #8 J.J., #11 Elias.

Perez was able to identify the following photos taken of the Route 31 house on November 6, 2001: #1, #2, #3, #4, #5, #6, #7, #8, #10, #11, #12, #13, #14, #21, Perez indicated that these were photos of the house he lived at while employed by Maria Garcia. Perez identified photo #9 as the bedroom where he and the ten other workers in his group lived.

Perez identified the following copies of I-551 cards received from Howard Produce:

Nestor Garcia-lived in trailer, illegal worker.

Izquierdo Ernesto-A98 765 4321, From Vera Cruz, lived in Route 31 house.

Exhibit B

GOVERNMENT
EXHIBIT
3513
(revised)

[illegible]us Ladislo-A94 536 217, worker at Route 31 House.

[illegible]iz Domingo-A91 832 750, worker at Route 31 House.

Vasques Hilario-worker at Route 31 House.

Martizez Juaquin-A87 769 522

Ventura Lucas, known as Ambrosio, had confrontation with JJ.

Rene Vasques-A86 555 430, traveled from border with Perez. Perez stated that Vasques requested that he be allowed to call home upon arrival and Maria would not allow him to.

Audoci Aquino-A94 263 749, traveled from border with Perez.

San Juan Reyes-A91 937 516-worked with Maria for a few years, had sky blue car.

Ortiz-Aguilar Gregorio-A92 929 301, worker at Route 31house.

Feria Valentin-A95 443 321, worker.

Rogelio Rios Espinoza, SS#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, DOB: 7/16/63, Elias's Uncle that traveled from border with Perez.

Cruz Ruben-Worker that lived at same house.

Daniel Hernandez-A99 912 312, worker lived in Route 31 house.

Santos Alex-A91 926 824, worker.

JJ Garcia-Elias half brother, Maria's son.

Maria Garcia.

| **Investigator:** RYAN, Kevin | **Date:** November 23, 2001 |
| --- | --- |

1

STING

1/2

1/2

1 LUNES

MIGUEL ANGEL PEREZ GARCIA

PICACHO